**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Galveston)**
**CIVIL DOCKET FOR CASE #: 3:06-cv-00379**
**Internal Use Only**

06 CV 7111

Ferry v. SGS Control Services Inc et al
Assigned to: Judge Samuel B Kent
Cause: 29:203 Equal Pay Act

Date Filed: 06/08/2006
Jury Demand: None
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Brian Ferry**
*Individually and on behalf of others similarly situated*

represented by **Dan Getman**
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
US
845-255-9370
Fax: 845-255-8649
Email: dgetman@getmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward J Tuddenham**
Law Office of Edward Tuddenham
153 Upland Rd
Cambridge, MA 02140
617-5762182
Fax: 512-532-7780
Email: etudden@io.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

2006 SEP 15 PM 2:58
S.D. OF N.Y.
FILED DISTRICT COURT

**Plaintiff**

**Rene M. Rendon**

represented by **Edward J Tuddenham**
(See above for address)

**Plaintiff**

**Houston C. Ervin**

represented by **Edward J Tuddenham**
(See above for address)

**Plaintiff**

**Russell Freese**

represented by **Edward J Tuddenham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Leslie Goodman**

represented by **Edward J Tuddenham**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kevin Mitchell**

represented by **Edward J Tuddenham**
(See above for address)

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By _____
Deputy Clerk

**Plaintiff**
**Ruben Meza**                                  represented by **Edward J Tuddenham**
                                                (See above for address)

**Plaintiff**
**Anthony J. Mustillo**                         represented by **Edward J Tuddenham**
                                                (See above for address)

**Plaintiff**
**David Springston**                            represented by **Edward J Tuddenham**
                                                (See above for address)

**Plaintiff**
**Richard D. Taylor**                           represented by **Edward J Tuddenham**
                                                (See above for address)

**Plaintiff**
**David Keith Whitten**                         represented by **Edward J Tuddenham**
                                                (See above for address)

**Plaintiff**
**Marcus S. Allen**                             represented by **Edward J Tuddenham**
                                                (See above for address)

**Plaintiff**
**Larry Prochazka**                             represented by **Edward J Tuddenham**
                                                (See above for address)

V.

**Defendant**
**SGS Control Services Inc**                    represented by **David W Long-Daniels**
                                                Greenberg Traurig
                                                3290 Northside Pkwy
                                                Ste 400
                                                The Forum
                                                Atlanta, GA 30327
                                                US
                                                678-553-4744
                                                Fax: 678-553-4745
                                                Email: long-danielsd@gtlaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Kimberly H Martin**
                                                Greenberg Traurig
                                                3290 Northside Parkway
                                                Ste 400
                                                The Forum
                                                Atlanta, GA 30327
                                                US
                                                Email: martinki@gtlaw.com
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Lawrence Bradley Hancock**
                                                Greenberg Traurig, LLP

1000 Louisiana St
Ste 1800
Houston, TX 77002
713-374-3500
Fax: 713-374-3505
Email: hancockb@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

SGS North America Inc     represented by **David W Long-Daniels**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kimberly H Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence Bradley Hancock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/08/2006 | 1 | COMPLAINT against all defendants (Filing fee $ 350) filed by Brian Ferry.(ceaton, ) (Entered: 06/08/2006) |
| 06/08/2006 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 9/6/2006 at 09:40 AM before Judge Samuel B Kent. ( Signed by Judge Samuel B Kent ) Parties notified. (ceaton, ) (Entered: 06/08/2006) |
| 06/08/2006 |  | Filing fee re: 1 Complaint: $ 350.00, receipt number 320306 , filed. (ceaton, ) (Entered: 06/08/2006) |
| 06/08/2006 | 3 | ORDER re: Computer codes printed on proposed orders .( Signed by Judge Samuel B Kent ) Parties notified.(ceaton, ) (Entered: 06/09/2006) |
| 06/08/2006 |  | Summons Issued as to SGS Control Services Inc, SGS North America Inc , filed. (ceaton, ) (Entered: 06/09/2006) |
| 06/20/2006 | 4 | Mail Returned Undeliverable as to attorney Edward J Tuddenham re: 2 Order for Initial Conference and Disclosure - FORMS , filed. (ejuarez, ) (Entered: 06/21/2006) |
| 06/22/2006 | 5 | Mail Returned Undeliverable as to attorney Edward J Tuddenham re: 3 Order , filed. (sbyrum, ) (Entered: 06/22/2006) |
| 07/03/2006 | 6 | CONSENT to Join a Collective/Class Action by Brian Ferry, filed.(mgore, ) (Entered: 07/03/2006) |
| 07/03/2006 | 7 | CONSENT to Join a Collective/Class Action by Brian Ferry, filed.(mgore, ) (Entered: 07/03/2006) |
| 07/04/2006 | 8 | MOTION for Dan Getman to Appear Pro Hac Vice by Brian Ferry, filed. Motion Docket Date 7/24/2006. (swhite) (Entered: 07/06/2006) |
| 07/04/2006 | 9 | ORDER granting 8 Motion to Appear Pro Hac Vice .( Signed by Judge Samuel B Kent ) Parties notified.(swhite) (Entered: 07/06/2006) |

| | | |
|---|---|---|
| 08/01/2006 | 🌐 10 | ANSWER to Complaint by all defendants, filed.(Hancock, Lawrence) (Entered: 08/01/2006) |
| 08/01/2006 | 🌐 11 | MOTION for David W. Long-Daniels, Esq. to Appear Pro Hac Vice by all defendants, filed. Motion Docket Date 8/21/2006. (Hancock, Lawrence) (Entered: 08/01/2006) |
| 08/01/2006 | 🌐 12 | MOTION for Kimberly N. Martin, Esq. to Appear Pro Hac Vice by all defendants, filed. Motion Docket Date 8/21/2006. (Hancock, Lawrence) (Entered: 08/01/2006) |
| 08/03/2006 | 🌐 13 | ORDER granting 11 Motion to Appear Pro Hac Vice .( Signed by Judge Samuel B Kent ) Parties notified.(cmcbroom, ) (Entered: 08/04/2006) |
| 08/03/2006 | 🌐 14 | ORDER granting 12 Motion to Appear Pro Hac Vice .( Signed by Judge Samuel B Kent ) Parties notified.(cmcbroom, ) (Entered: 08/04/2006) |
| 08/03/2006 | | ***Attorney Kimberly H Martin for SGS Control Services Inc and SGS North America Inc added. (cmcbroom, ) (Entered: 08/08/2006) |
| 08/08/2006 | 🌐 15 | NOTICE *of Consent to sue* by Rene M. Rendon, filed. (Tuddenham, Edward) (Entered: 08/08/2006) |
| 08/10/2006 | 🌐 16 | NOTICE *of CONSENT TO SUE OF HOUSTON C. ERVIN* by Houston C. Ervin, filed. (Tuddenham, Edward) (Entered: 08/10/2006) |
| 08/17/2006 | 🌐 17 | NOTICE *of interested persons* by all plaintiffs, filed. (Attachments: # 1)(Tuddenham, Edward) (Entered: 08/17/2006) |
| 08/21/2006 | 🌐 18 | NOTICE *of filing of consent to sue form of Clarence R. Patterson* by all plaintiffs, filed. (Attachments: # 1 # 2)(Tuddenham, Edward) (Entered: 08/21/2006) |
| 08/22/2006 | 🌐 19 | NOTICE of Change of Address by Edward Tuddenham, counsel for all plaintiffs, filed. (Attachments: # 1)(Tuddenham, Edward) (Entered: 08/22/2006) |
| 08/25/2006 | 🌐 20 | NOTICE *of filing of Warren Roy Moore's consent to sue form* by all plaintiffs, filed. (Attachments: # 1 # 2)(Tuddenham, Edward) (Entered: 08/25/2006) |
| 08/25/2006 | 🌐 21 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by all parties, filed.(Long-Daniels, David) (Entered: 08/25/2006) |
| 08/28/2006 | 🌐 22 | NOTICE *of Filing of Consent to Sue Forms For Timothy Callas and Chris Gassaway* by all plaintiffs, filed. (Attachments: # 1 # 2 # 3)(Tuddenham, Edward) (Entered: 08/28/2006) |
| 08/28/2006 | 🌐 23 | NOTICE *of Filing of Micahel W. Herron Sr.'s Consent To Sue Form* by all plaintiffs, filed. (Attachments: # 1 # 2)(Tuddenham, Edward) (Entered: 08/28/2006) |
| 08/31/2006 | 🌐 24 | MOTION for Rodney G. Moore to Appear Pro Hac Vice by SGS Control Services Inc, SGS North America Inc, filed. Motion Docket Date 9/20/2006. (Hancock, Lawrence) (Entered: 08/31/2006) |
| 08/31/2006 | 🌐 25 | NOTICE *OF FILING OF CONSENT TO SUE* by Russell Freese, Leslie Goodman, filed. (Attachments: # 1 Consent to sue of Russell Freese# 2 Consent to sue of Leslie Goodman)(Tuddenham, Edward) (Entered: 08/31/2006) |
| 08/31/2006 | 🌐 26 | NOTICE *OF FILING OF CONSENT TO SUE* by Kevin Mitchell, filed. (Attachments: # 1 Consent to Sue of Kevin Mtichell)(Tuddenham, Edward) (Entered: 08/31/2006) |
| 09/01/2006 | 🌐 27 | MOTION for Rodney G. Moore to Appear Pro Hac Vice by SGS Control Services Inc, SGS North America Inc, filed. Motion Docket Date 9/21/2006. (Hancock, Lawrence) (Entered: 09/01/2006) |
| 09/02/2006 | 🌐 28 | Opposed MOTION for Protective Order by all plaintiffs, filed. Motion Docket Date 9/22/2006. (Attachments: # 1 Exhibit Affidavit of Kevin Mitchell# 2 Exhibit Px 2 Affidavit of Russell Freese# 3 Exhibit Px 3 SGS "Agreement"# 4 Exhibit Px 4 Affidavit |

| | | |
|---|---|---|
| | | of Edward Tuddenham# 5 Exhibit Px 5 Ferrer v. SGS, Jury Trial Transcript Vol. 6a pp. 77-82# 6 Exhibit Px 6 Ferrer v. SGS Jury Trial Transcript Vol. 7 pp. 103-107# 7 Certificate of Service# 8 Proposed Order Proposed Order# 9 Cover letter to Judge Kent dated 09.02.06)(Tuddenham, Edward) (Entered: 09/02/2006) |
| 09/02/2006 | 29 | BRIEF In support *Plaintiff's Emergency Motion for Protective Order, Sanctions, and Corrective Notice* re: 28 Opposed MOTION for Protective Order by all plaintiffs, filed. (Attachments: # 1 Certificate of Service)(Tuddenham, Edward) (Entered: 09/02/2006) |
| 09/05/2006 | 30 | MOTION to Certify Class by all plaintiffs, filed. Motion Docket Date 9/25/2006. (Attachments: # 1 Notice of Lawsuit with Opportunity to Join# 2 Proposed Order # 3 Certicate of Service)(Tuddenham, Edward) (Entered: 09/05/2006) |
| 09/05/2006 | 31 | BRIEF In Support *Of Plaintiff's Motion to Conditionally Certify Fair Labor Standards Act Opt-In Class and To Issue Notice* re: 30 MOTION to Certify Class by Brian Ferry, filed. (Attachments: # 1 Exhibit A - 2005 Annual Report# 2 Exhibit B - Answer# 3 Exhibit C -# 4 Exhibit C - Continued# 5 Exhibit C - Contnued# 6 Exhibit C - Continued# 7 Exhibit C - Continued# 8 Exhibit D - Milne Deposition# 9 Exhibit E - OGC Employee Handbook# 10 Exhibit F - Plewa Deposition# 11 Exhibit G - Bloom Memo# 12 Exhibit H - Ferrer Transcript# 13 Exhibit I - Bloom Letter to EBG# 14 Exhibit J - Grew Memo# 15 Exhibit K - CA Pay Memo# 16 Exhibit L - July 2006 HR Talk# 17 Exhibit M - Ferrer Verdict# 18 Certificate of Service)(Tuddenham, Edward) (Entered: 09/05/2006) |
| 09/05/2006 | 32 | DECLARATION of Houston Ervin in Support re: 30 MOTION to Certify Class, filed. (Attachments: # 1 Exhibit A - OGC Employee Handbook)(Tuddenham, Edward) (Entered: 09/05/2006) |
| 09/05/2006 | 33 | DECLARATION of Brian Ferry in Support re: 30 MOTION to Certify Class, filed. (Attachments: # 1 Exhibit A - OGC Employee Handbook# 2 Exhibit B - Paystubs# 3 certificate of service)(Tuddenham, Edward) (Entered: 09/05/2006) |
| 09/05/2006 | 34 | DECLARATION of Russell Freese in Support re: 30 MOTION to Certify Class, filed. (Attachments: # 1 Exhibit A - OGC Employee Handbook# 2 Exhibit B - Paystubs# 3 certificate of service)(Tuddenham, Edward) (Entered: 09/05/2006) |
| 09/05/2006 | 35 | DECLARATION of Walter Gassway in Support re: 30 MOTION to Certify Class, filed. (Attachments: # 1 Exhibit A - OGC Employee Handbook# 2 Exhibit B - Paystubs# 3 certificate of services)(Tuddenham, Edward) (Entered: 09/05/2006) |
| 09/05/2006 | 36 | DECLARATION of Kevin Mitchell in Support re: 30 MOTION to Certify Class, filed. (Attachments: # 1 Exhibit A - OGC Employee Handbook# 2 Exhibit B - Paystubs# 3 certificate of service)(Tuddenham, Edward) (Entered: 09/05/2006) |
| 09/05/2006 | 37 | DECLARATION of Warren Moore in Support re: 30 MOTION to Certify Class, filed. (Attachments: # 1 Exhibit A - OGC Employee Handbook# 2 Exhibit B - Paystubs# 3 certificate of service)(Tuddenham, Edward) (Entered: 09/05/2006) |
| 09/05/2006 | 38 | DECLARATION of Rene Rendon in Support re: 30 MOTION to Certify Class, filed. (Attachments: # 1 Exhibit A - OGC Employee Handbook# 2 Exhibit B - Paystubs# 3 certificate of service)(Tuddenham, Edward) (Entered: 09/05/2006) |
| 09/05/2006 | 39 | BRIEF in Support *of Plaintiff's Motion to Conditionally Certify Fair Labor Standard Act Opt-In and To Issue Notice* re: 30 MOTION to Certify Class by all plaintiffs, filed. (Attachments: # 1 Exhibit A - 2005 Annual Report# 2 Exhibit B - Answer# 3 Exhibit C1# 4 Exhibit C2# 5 Exhibit C3# 6 Exhibit C4# 7 Exhibit C5# 8 Exhibit D - Milne Deposition# 9 Exhibit E - OGE Employee Handbook# 10 Exhibit F - Plewa Deposition# 11 Exhibit G - Bloom memo# 12 Exhibit H - Ferrer Transcript# 13 Exhibit I - Bloom Letter# 14 Exhibit J - Glew memo# 15 Exhibit K - CA Pay Memo# 16 Exhibit L - July 2006 HR Talk# 17 Exhibit M - Ferrer Verdict# 18 certificate of service)(Tuddenham, Edward) (Entered: 09/05/2006) |
| 09/06/2006 | | NOTICE *OF FILING OF CONSENT TO SUE* by Ruben Meza, Anthony J. Mustillo, |

| | | |
|---|---|---|
| | 40 | David Springston, Richard D. Taylor, filed. (Attachments: # 1 Consent to sue of Ruben Meza# 2 Consent to Sue of David Springton# 3 Consent to sue of Anthony Mustillo# 4 Consent to Sue of Richard D. Taylor# 5 Certificate of Service)(Tuddenham, Edward) (Entered: 09/06/2006) |
| 09/06/2006 | 41 | CERTIFICATE of Conference re: 30 MOTION to Certify Class by all plaintiffs, filed. (Attachments: # 1 Certificate of service)(Tuddenham, Edward) (Entered: 09/06/2006) |
| 09/06/2006 | 42 | NOTICE *of Filing of Consent to Sue* by David Keith Whitten, filed. (Attachments: # 1 Consent to Sue of David Whitten# 2 Certificate of Service)(Tuddenham, Edward) (Entered: 09/06/2006) |
| 09/06/2006 | | Minute Entry for proceedings held before Judge Samuel B Kent. SCHEDULING CONFERENCE held on 9/6/2006. Case sua sponte transferred to Southern District of New York, NY Division. Order to follow. Appearances:As noted on the record.(Court Reporter: J. Byers), filed.(cmcbroom, ) (Entered: 09/11/2006) |
| 09/08/2006 | 43 | NOTICE *OF FILING OF CONSENT TO SUE* by Marcus S. Allen, Larry Prochazka, filed. (Attachments: # 1 consent to sue of Marcus S. Allen# 2 Consent to sue of Larry Prochazka# 3 certificate of service)(Tuddenham, Edward) (Entered: 09/08/2006) |
| 09/08/2006 | 44 | ORDER TO TRANSFER CASE to Southern District of New York, New York Division .( Signed by Judge Samuel B Kent ) Parties notified.(ceaton, ) (Entered: 09/11/2006) |