UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

BRIAN FERRY, individually and
on behalf of others similarly situated,

                            Plaintiffs,

v.

SGS CONTROL SERVICES, INC. and SGS
North America, Inc.

                            Defendants.

United States Courts
Southern District of Texas
FILED

JUN 0 8 2006

Michael N. Milby, Clerk of Court

## COMPLAINT

### INTRODUCTION

1. This is a Fair Labor Standards Act collective action brought by plaintiff employees for defendants' unlawful refusal to pay overtime at the premium rate of time and one half for all hours worked over forty in a work week.

2. Plaintiffs seek unpaid overtime wages, liquidated damages, costs and attorneys' fees as well as declaratory relief under the Fair Labor Standards Act (FLSA), 29 U.S.C. §201 *et seq*.

### JURISDICTION

3. Jurisdiction is conferred upon this Court by 29 U.S.C. §216(b) of the Fair Labor Standards Act, by 28 U.S.C. §1331, this action arising under laws of the United States, and by 28 U.S.C. §1337, this action arising under Acts of Congress regulating commerce.

4. This Court has supplemental jurisdiction over any state claim raised by virtue of 28 U.S.C. §1367(a).

**VENUE**

5. Venue is proper in this district pursuant to 28 U.S.C. §1391(b). The cause of action arose in this District. Plaintiff was employed in Freeport, Texas in Brazoria County.

6. Plaintiffs reside in this District. Defendant resides in this District.

**PARTIES**

**A.   Plaintiffs**

7. The named plaintiff FERRY is an employee of defendants. A Consent to Sue for this named plaintiff is attached at the back of this complaint.

8. Plaintiff FERRY is a resident of Clute, Texas.

9. Plaintiff was engaged in commerce while working for defendants.

10. The terms "plaintiff" or "plaintiffs" as used in this complaint refers to the named plaintiff and all inspectors who are not paid time and one half overtime pay for hours over 40, pursuant to the collective action provision of 29 U.S.C. §216(b).

11. Upon information and belief, defendants regularly engage inspectors without payment of time and one half overtime premium pay.

**B.   Defendant**

12. SGS CONTROL SERVICES, INC. and SGS NORTH AMERICA, INC. are corporations which includes the operation of inspection services throughout the United States and the world. Upon information and belief the defendant corporations had gross revenues in excess of $500,000 for all relevant periods herein.

13. The defendant SGS CONTROL SERVICES, INC. s' offices are located at 20 Lafayette St., Carteret, NJ 07008.

14. The defendant SGS NORTH AMERICA, INC.'s offices are located at 1415 Garden

St., PO Box 252, Hoboken, NJ 07030.

15. Upon information and belief, defendants operate an enterprise engaged in commerce within the meaning of the FLSA.

16. For each of the 3 years preceding the filing of the initial complaint herein, defendants have employed 2 or more individuals "handling, selling, or otherwise working on goods or materials that have been moved in or produced for commerce."

## FACTS

17. Plaintiff is employed by defendants.

18. Plaintiff FERRY began employment with SGS on or about September 17, 2002.

19. Plaintiff's job was to perform inspections for the shipping industry.

20. Plaintiff regularly worked more than 40 hours per week for defendant.

21. Defendants failed to pay plaintiffs overtime compensation at the rate of time and one-half the regular rate for all hours worked over 40 as required by the FLSA.

22. Defendants failed to pay overtime compensation to plaintiffs with the plaintiffs' regular wages or as soon thereafter as practical. Defendants failed to pay overtime compensation on a timely basis under the FLSA.

23. Defendants' failure to pay plaintiffs the proper wages as required by law was willful.

24. All actions and omissions described in this complaint were made by defendants directly or through their supervisory employees and agents.

## CAUSE OF ACTION
## (OVERTIME)

25. Defendants failed to pay time and one half premium overtime wages to the plaintiffs on a timely basis and in an amount required by law, is in violation of the Fair Labor

Standards Act, 29 U.S.C. §203, 207 et seq. and its implementing regulations.

26. Defendant's failure to comply with the FLSA caused plaintiffs to suffer loss of wages and interest thereon.

WHEREFORE, plaintiffs request that this Court enter judgment or an order to plaintiffs:

    A. Declaring that the defendants violated the Fair Labor Standards Act;

    B. Declaring that the defendants' violations of the FLSA were willful;

    C. Awarding damages for their claims of unpaid wages as secured by the Fair Labor Standards Act as well as an equal amount in liquidated damages, plus liquidated damages for any overtime pay that was paid late;

    D. Awarding the plaintiffs' costs, including expert witness expenses, and reasonable attorneys' fees; and

    E. Granting such further relief as the Court finds just.

Dated: June 2, 2006

Respectfully Submitted,

*[signature]*

Edward Tuddenham (TX Bar # 20282300)
272 W. 107th St. # 20A
New York, NY 10025

Dan Getman, Esq.
Getman Law Office
9 Paradies Lane
New Paltz, NY 12561
(845) 255-9370

ATTORNEYS FOR PLAINTIFF

complaint

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Brian Ferry

### DEFENDANTS
SGS Control Services, Inc.
SGS North America, Inc.

(b) County of Residence of First Listed Plaintiff **Brazoria**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Middlesex, New Jersey**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Dan Getman/Ed Tuddenham, Getman Law Office 9 Paradies Lane, New Paltz, New York 12561 (845)255-9370

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury

PERSONAL INJURY
- 362 Personal Injury - Med. Malpractice
- 365 Personal Injury - Product Liability
- 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**CIVIL RIGHTS**
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 444 Welfare
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 440 Other Civil Rights

**PRISONER PETITIONS**
- 510 Motions to Vacate Sentence
  Habeas Corpus:
- 530 General
- 535 Death Penalty
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition

**FORFEITURE/PENALTY**
- 610 Agriculture
- 620 Other Food & Drug
- 625 Drug Related Seizure of Property 21 USC 881
- 630 Liquor Laws
- 640 R.R. & Truck
- 650 Airline Regs.
- 660 Occupational Safety/Health
- 690 Other

**LABOR**
- [x] 710 Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- 730 Labor/Mgmt.Reporting & Disclosure Act
- 740 Railway Labor Act
- 790 Other Labor Litigation
- 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 840 Trademark

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit
- 490 Cable/Sat TV
- 810 Selective Service
- 850 Securities/Commodities/ Exchange
- 875 Customer Challenge 12 USC 3410
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 892 Economic Stabilization Act
- 893 Environmental Matters
- 894 Energy Allocation Act
- 895 Freedom of Information Act
- 900 Appeal of Fee Determination Under Equal Access to Justice
- 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**FLSA, 29 U.S.C. sec 203, 207 et seq. and its implementing regualtions**

Brief description of cause:
**Defendants failed to pay time and one half premium overtime wages to the plaintiffs on a timely basis**

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [x] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE 6·5·06
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

FEE PAID