UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RICHARD AYERS, et al.,

        Plaintiff,

  - against -

SGS CONTROL SERVICES, INC., et al.,

        Defendants.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/13/09

06 Civ. 7111 (RMB)

**ADMINISTRATIVE ORDER**

  In accordance with the Order of United States Court of Appeals for the Second Circuit, dated November 12, 2009, it is hereby

  **ORDERED**, that Plaintiffs' counsel is to submit a letter by November 20, 2009, informing the Court as to: (i) the total amount of settlement funds distributed to Class Members; (ii) the number of Class Members who received distributions; (iii) the amount of funds remaining in the Settlement Fund; and (iv) the amount of interest accrued on the principal $7,250,00 that Plaintiffs' counsel believes is owed; and it is further

  **ORDERED**, Plaintiffs' counsel is hereby directed to appear before the Court for a conference on Monday, November 30, 2009 at 12:00 p.m. in Courtroom 21B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

Dated: New York, New York
   November 13, 2009

                     _Richard M. Berman_
                     Richard M. Berman, U.S.D.J.